

FILED
9/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
GMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

TRAYVON GILFORD

Case No.

1:25-CR-00575
Judge Virginia M. Kendall
Magistrate Judge M. David Weisman
RANDOM / Cat 4

Violations: Title 18, United States Code, Sections 922(o)(1) and 922(g)(1)

## COUNT ONE

The SPECIAL MAY 2024 GRAND JURY charges:

On or about October 25, 2023, at Cicero, in the Northern District of Illinois, Eastern Division,

TRAYVON GILFORD,

defendant herein, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, a loaded Glock GMBH, model 17, 9mm caliber pistol bearing serial number BPFS357 with an attached conversion device, also known as a "switch," that enabled the pistol to automatically shoot more than one shot, without manual reloading, by a single function of the trigger;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT TWO

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about October 25, 2023, at Cicero, in the Northern District of Illinois, Eastern Division,

TRAYVON GILFORD,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock GMBH, model 17, 9mm caliber pistol with serial number BPFS357, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2024 GRAND JURY further alleges:

1.       Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.       The property to be forfeited includes, but is not limited to, a loaded a loaded Glock GMBH, model 17, 9mm caliber pistol with serial number BPFS357 with an attached conversion device, also known as a "switch" and associated ammunition.

A TRUE BILL:

_____

FOREPERSON

_____

Christine O'Neill on behalf of the
UNITED STATES ATTORNEY